United States Courts
Southern District of Texas
FILED
April 21, 2021
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § | Criminal No. **4:21cr204** |
| § § | |
| **LEE RAY BOYKIN JR.** § | |

# INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE
### Deprivation of Rights Under Color of Law
### (18 U.S.C. § 242)

On or about August 7, 2020, in the Southern District of Texas, Houston Division, and within the jurisdiction of the Court, the Defendant,

**LEE RAY BOYKIN JR.,**

while acting under color of law as a Trooper with the Department of Public Safety, engaged in a sexual act with Victim #1 without her consent, thereby willfully depriving Victim #1 of liberty without due process of law, which includes the right to bodily integrity, a right secured and protected by the Constitution and the laws of the United States. This act included aggravated sexual abuse and kidnapping.

**In violation of 18 U.S.C. § 242.**

## COUNT TWO
### Destruction, Alteration, or Falsification of Records in Federal Investigations
### (18 U.S.C. § 1519)

On or about August 7, 2020, in the Southern District of Texas, Houston Division, and within the jurisdiction of the Court, the Defendant,

**LEE RAY BOYKIN JR.,**

knowingly concealed, covered up, falsified, and made false entries in a record and document, specifically dashboard and body worn camera recordings, body microphone recordings, radio transmissions, and digital communications log, and with the intent to impede, obstruct, and influence the investigation and proper administration of a matter within the jurisdiction of the Federal Bureau of Investigation, an agency of the United States.

**In violation of 18 U.S.C. § 1519.**

## COUNT THREE
### Carry and Use of a Firearm in a Crime of Violence
### (18 U.S.C. § 924(c)(1)(A))

On or about August 7, 2020, in the Southern District of Texas, Houston Division, and within the jurisdiction of the Court, the Defendant,

**LEE RAY BOYKIN JR.,**

did knowingly carry and use a firearm, that is, a Sig Saeur P320, 9mm, serial number 3206TXDPS, during and in relation to, and did knowingly possess that firearm in furtherance of, a crime of violence for which he may be prosecuted in a court of the United States, that is, the deprivation of rights under color of law as charged in Count One of this Indictment, in violation of 18 U.S.C. § 242.

**All in violation of 18 U.S.C. § 924(c)(1)(A).**

## COUNT FOUR
### Deprivation of Rights Under Color of Law
### (18 U.S.C. § 242)

On or about August 3, 2020, in the Southern District of Texas, Houston Division, and within the jurisdiction of the Court, the Defendant,

**LEE RAY BOYKIN JR.,**

while acting under color of law as an officer with the Arcola Police Department, engaged in a sexual act with Victim #2 without her consent, thereby willfully depriving Victim #2 of liberty without due process of law, which includes the right to bodily integrity, a right secured and protected by the Constitution and the laws of the United States.   This act resulted in bodily injury and included aggravated sexual abuse and kidnapping.

**In violation of 18 U.S.C. § 242.**

## COUNT FIVE
### Destruction, Alteration, or Falsification of Records in Federal Investigations
### (18 U.S.C. § 1519)

On or about August 3, 2020, in the Southern District of Texas and within the jurisdiction of the Court, the Defendant,

**LEE RAY BOYKIN JR.,**

knowingly concealed, covered up, falsified, and made false entries in a record and document, specifically dashboard and body worn camera recordings, and body microphone recordings, and with the intent to impede, obstruct, and influence the investigation and proper administration of a matter within the jurisdiction of the Federal Bureau of Investigation, an agency of the United States.

**In violation of 18 U.S.C. § 1519.**

## COUNT SIX
### Carry and Use of a Firearm in a Crime of Violence
### (18 U.S.C. § 924(c)(1)(A))

On or about August 3, 2020, in the Southern District of Texas and within the jurisdiction of the Court, the Defendant,

**LEE RAY BOYKIN JR.,**

did knowingly carry and use a firearm, that is, a Sig Saeur P320, 9mm, serial number 3206TXDPS,

during and in relation to, and did knowingly possess that firearm in furtherance of, a crime of violence for which he may be prosecuted in a court of the United States, that is, the deprivation of rights under color of law as charged in Count Four of this Indictment, in violation of 18 U.S.C. § 242.

**All in violation of 18 U.S.C. § 924(c)(1)(A).**

A TRUE BILL

**Original Signature on File**
_____
GRAND JURY FOREPERSON

JENNIFER B. LOWERY
Acting United States Attorney

By: *Sebastian A. Edwards*
_____
SEBASTIAN EDWARDS
EUN KATE SUH
Assistant United States Attorneys
713-567-9000